## VINES V. THE STATE.

### Murder.

(Decided July 2, 1907.)

APPEAL from Tallapoose Circuit Court.

Heard before Hon. S. L. BREWER.

G. A. SORRELL, J. P. OLIVER, and BULGER & RYLANCE, for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.

TYSON, C. J.—Reversed and remanded on authority of *Trammell v. The State*, 151 Ala. 18; 44 South. 201.

DOWDELL, ANDERSON and DENSON, JJ., concur.

---

## WEAVER V. ALABAMA WESTERN RY.

### Damages.

(Decided Nov. 26, 1907.)

APPEAL from Birmingham City Court.

Heard before Hon. C. W. FERGUSON.

SAM WILL JOHN, for appellant.

PERCY & BENNERS, for appellee.

Per curiam.—Dismissed by agreement of parties.